**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-08020-JKC-7 |
| | § | |
| DAVID ERIC SLOAN, JR. | § | |
| ANDREA LYNN HEDGES | § | |
| | § | |
| Debtors | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 07/04/2012. The undersigned trustee was appointed on 07/04/2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                    $5,590.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $0.00 |
   | Bank service fees | $43.86 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $3,927.53 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $1,618.61 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 02/05/2013 and the deadline for filing government claims was 12/31/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $415.62. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $415.62, for a total compensation of $415.62[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $169.65, for total expenses of $169.65.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/27/2013        By: /s/ Elliott D. Levin
                              Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:  1     Exhibit A

| Case No.: | 12-08020-JKC-7 | Trustee Name: | Elliott D. Levin |
|---|---|---|---|
| Case Name: | SLOAN, JR., DAVID ERIC AND HEDGES, ANDREA LYNN | Date Filed (f) or Converted (c): | 07/04/2012 (f) |
| For the Period Ending: | 11/27/2013 | §341(a) Meeting Date: | 08/22/2012 |
| | | Claims Bar Date: | 02/05/2013 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | LOCATION: 4726 WHIRLAWAY DR., INDIANAPOLIS IN 46237 3 BR 2 BATH TRI-LEVEL: PURCHASED IN 2003, FOR APPROXIMATELY $137,000.00. VALUE BASED UPON AREA COMPS IS $139,900.00 | $139,900.00 | $0.00 | OA | $0.00 | FA |
| 2 | 5306 CHISOLM TRAIL INDIANAPOLIS, IN 46237 3 BR 1 BATH RANCH THIS PROPERTY WAS RENTED FOR $825 PER MONTH. DEBTORS NO LONGER COLLECTING RENT AS THEY ARE SURRENDERING THEIR INTEREST IN THE REAL ESTATE. DEBTORS ARE SURRENDERING THEIR INTEREST IN THIS REAL ESTATE. | $79,900.00 | $0.00 | OA | $0.00 | FA |
| 3 | CASH ON HAND | $20.00 | $0.00 | OA | $0.00 | FA |
| 4 | CHECKING ACCOUNT: FIFTH THIRD | $0.00 | $0.00 | OA | $0.00 | FA |
| 5 | SAVINGS ACCOUNT: FIFTH THIRD | $20.00 | $0.00 | OA | $0.00 | FA |
| 6 | HOUSEHOLD GOODS | $2,775.00 | $0.00 | OA | $0.00 | FA |
| 7 | CLOTHES | $75.00 | $0.00 | OA | $0.00 | FA |
| 8 | CLOTHES | $450.00 | $0.00 | OA | $0.00 | FA |
| 9 | JEWELRY | $350.00 | $0.00 | OA | $0.00 | FA |
| 10 | SPORTS EQUIPMENT | $125.00 | $0.00 | OA | $0.00 | FA |
| 11 | TERM LIFE INSURANCE: AMERICAN FAMILY LIFE INSURANCE COMPANY $750,000 | $0.00 | $0.00 | OA | $0.00 | FA |
| 12 | TERM LIFE INSURANCE: AMERICAN FAMILY LIFE INSURANCE COMPANY $50,000 | $0.00 | $0.00 | OA | $0.00 | FA |
| 13 | RETIREMENT | $23,733.51 | $0.00 | OA | $0.00 | FA |
| 14 | 2007 TOYOTA CAMRY: 158,000 MILES | $5,900.00 | $0.00 | OA | $0.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 2     Exhibit A

| Case No.: | 12-08020-JKC-7 | Trustee Name: | Elliott D. Levin |
|---|---|---|---|
| Case Name: | SLOAN, JR., DAVID ERIC AND HEDGES, ANDREA LYNN | Date Filed (f) or Converted (c): | 07/04/2012 (f) |
| For the Period Ending: | 11/27/2013 | §341(a) Meeting Date: | 08/22/2012 |
| | | Claims Bar Date: | 02/05/2013 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 15 | 2004 CHEVROLET TRAILBLAZER: 159,000 MILES | $5,200.00 | $0.00 | OA | $0.00 | FA |
| 16 | 05 CHAPARRAL BOAT | $14,000.00 | $0.00 | OA | $0.00 | FA |
| 17 | 2012 FEDERAL & STATE TAX REFUNDS     (u) | $2,322.47 | $1,662.47 | | $5,590.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                                        **Gross Value of Remaining Assets**
                                             $274,770.98              $1,662.47                                    $5,590.00                                   $0.00

Initial Projected Date Of Final Report (TFR):   08/01/2013     Current Projected Date Of Final Report (TFR):     /s/ ELLIOTT D. LEVIN
                                                                                                                ELLIOTT D. LEVIN

FORM 2                                                                                           Page No: 1                Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-08020-JKC-7 | Trustee Name: | Elliott D. Levin |
|---|---|---|---|
| Case Name: | SLOAN, JR., DAVID ERIC AND HEDGES, ANDREA LYNN | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***2967 | Checking Acct #: | ******2472 |
| Co-Debtor Taxpayer ID #: | **-***2968 | Account Title: | |
| For Period Beginning: | 7/4/2012 | Blanket bond (per case limit): | $69,146,203.00 |
| For Period Ending: | 11/27/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/20/2013 | (17) | United States Treasury | Federal tax refund | 1224-000 | $5,590.00 | | $5,590.00 |
| 05/23/2013 | 3001 | DAVID SLOAN, JR. AND ANDREA HEDGES | Return of debtors' portion of tax refund | 8100-002 | | $3,927.53 | $1,662.47 |
| 05/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1.27 | $1,661.20 |
| 06/28/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $2.59 | $1,658.61 |
| 07/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $1,648.61 |
| 08/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $1,638.61 |
| 09/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $1,628.61 |
| 10/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $1,618.61 |
| | | | **TOTALS:** | | $5,590.00 | $3,971.39 | $1,618.61 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $5,590.00 | $3,971.39 | |
| | | | Less: Payments to debtors | | $0.00 | $3,927.53 | |
| | | | **Net** | | $5,590.00 | $43.86 | |

| For the period of 7/4/2012 to 11/27/2013 | | For the entire history of the account between 05/20/2013 to 11/27/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $5,590.00 | Total Compensable Receipts: | $5,590.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,590.00 | Total Comp/Non Comp Receipts: | $5,590.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $43.86 | Total Compensable Disbursements: | $43.86 |
| Total Non-Compensable Disbursements: | $3,927.53 | Total Non-Compensable Disbursements: | $3,927.53 |
| Total Comp/Non Comp Disbursements: | $3,971.39 | Total Comp/Non Comp Disbursements: | $3,971.39 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-08020-JKC-7 | | Trustee Name: | Elliott D. Levin |
|---|---|---|---|---|
| Case Name: | SLOAN, JR., DAVID ERIC AND HEDGES, ANDREA LYNN | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***2967 | | Checking Acct #: | ******2472 |
| Co-Debtor Taxpayer ID #: | **-***2968 | | Account Title: | |
| For Period Beginning: | 7/4/2012 | | Blanket bond (per case limit): | $69,146,203.00 |
| For Period Ending: | 11/27/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $5,590.00 | $3,971.39 | $1,618.61 |

**For the period of 7/4/2012 to 11/27/2013**

| | |
|---|---:|
| Total Compensable Receipts: | $5,590.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,590.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $43.86 |
| Total Non-Compensable Disbursements: | $3,927.53 |
| Total Comp/Non Comp Disbursements: | $3,971.39 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 07/04/2012 to 11/27/2013**

| | |
|---|---:|
| Total Compensable Receipts: | $5,590.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,590.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $43.86 |
| Total Non-Compensable Disbursements: | $3,927.53 |
| Total Comp/Non Comp Disbursements: | $3,971.39 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ ELLIOTT D. LEVIN

ELLIOTT D. LEVIN

# CLAIM ANALYSIS REPORT

| Case No.: | 12-08020-JKC-7 | | | Trustee Name: | Elliott D. Levin |
| Case Name: | SLOAN, JR., DAVID ERIC AND HEDGES, ANDREA LYNN | | | Date: | 11/27/2013 |
| Claims Bar Date: | 02/05/2013 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | BLEECKER BRODEY & ANDREWS<br>9247 N Meridian St Ste 101<br>Indianapolis IN 46260 | 11/02/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $585.00 | $585.00 | $0.00 | $0.00 | $0.00 | $585.00 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR<br>Comenity Bank<br>PO Box 788<br>Kirkland WA 98083-0788 | 11/13/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,365.55 | $1,365.55 | $0.00 | $0.00 | $0.00 | $1,365.55 |

**Claim Notes:** (2-1) Unsecured Debt

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | DELL FINANCIAL SERVICES, LLC<br>Resurgent Capital Services<br>PO Box 10390<br>Greenville SC 29603-0390 | 11/20/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,931.94 | $1,931.94 | $0.00 | $0.00 | $0.00 | $1,931.94 |
| 4 | DELL FINANCIAL SERVICES, LLC<br>Resurgent Capital Services<br>PO Box 10390<br>Greenville SC 29603-0390 | 11/20/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,976.84 | $1,976.84 | $0.00 | $0.00 | $0.00 | $1,976.84 |
| 5 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro NC 27410 | 11/21/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,928.33 | $1,928.33 | $0.00 | $0.00 | $0.00 | $1,928.33 |
| 6 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro NC 27410 | 11/21/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,545.49 | $2,545.49 | $0.00 | $0.00 | $0.00 | $2,545.49 |
| 7 | GE CAPITAL RETAIL BANK<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | 11/26/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $4,527.02 | $4,527.02 | $0.00 | $0.00 | $0.00 | $4,527.02 |

# CLAIM ANALYSIS REPORT

| Case No.: | 12-08020-JKC-7 | | | | | | | Trustee Name: | Elliott D. Levin |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | SLOAN, JR., DAVID ERIC AND HEDGES, ANDREA LYNN | | | | | | | Date: | 11/27/2013 |
| Claims Bar Date: | 02/05/2013 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | ADVANTAGE ASSETS II, INC.<br>7322 Southwest Freeway, Suite 1600<br>Houston TX 77074 | 11/26/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $781.82 | $781.82 | $0.00 | $0.00 | $0.00 | $781.82 |
| Claim Notes: | (8-1) Money Loaned | | | | | | | | | | | |
| 9 | CAVALRY PORTFOLIO SERVICES, LLC<br>500 Summit Lake Drive Suite 400<br>Valhalla NY 10595-1340 | 11/27/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,152.35 | $1,152.35 | $0.00 | $0.00 | $0.00 | $1,152.35 |
| Claim Notes: | (9-1) Cavalry Portfolio Services LLC as assignee of HSBC Bank Nevada NA | | | | | | | | | | | |
| 10 | CAPITAL ONE BANK (USA), N.A.<br>PO Box 71083<br>Charlotte NC 28272-1083 | 11/29/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $317.30 | $317.30 | $0.00 | $0.00 | $0.00 | $317.30 |
| 11 | CAPITAL ONE BANK (USA), N.A.<br>PO Box 71083<br>Charlotte NC 28272-1083 | 11/29/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,762.09 | $1,762.09 | $0.00 | $0.00 | $0.00 | $1,762.09 |
| 12 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE<br>of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville SC 29602 | 11/30/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $474.89 | $474.89 | $0.00 | $0.00 | $0.00 | $474.89 |
| 13 | ALLEN & ALICE BAKER<br>c/o Larry Pleasants, Attorney at Law<br>7508 Madison Ave.<br>Indianapolis IN 46227 | 12/27/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $21,600.00 | $21,600.00 | $0.00 | $0.00 | $0.00 | $21,600.00 |
| Claim Notes: | (13-1) Personal loan | | | | | | | | | | | |

# CLAIM ANALYSIS REPORT

| Case No.: | 12-08020-JKC-7 | | Trustee Name: | Elliott D. Levin |
|---|---|---|---|---|
| Case Name: | SLOAN, JR., DAVID ERIC AND HEDGES, ANDREA LYNN | | Date: | 11/27/2013 |
| Claims Bar Date: | 02/05/2013 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14 | OLD NATIONAL BANK<br><br>PO Box 867<br>Evansville IN 47705-9987 | 01/09/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $556.32 | $556.32 | $0.00 | $0.00 | $0.00 | $556.32 |
| **Claim Notes:** | (14-1) 1616 OD Checking | | | | | | | | | | | |
| 15 | CAPITAL ONE NA<br><br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | 01/31/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $589.81 | $589.81 | $0.00 | $0.00 | $0.00 | $589.81 |
| 16 | JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-9617 | 01/31/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,255.95 | $1,255.95 | $0.00 | $0.00 | $0.00 | $1,255.95 |
| **Claim Notes:** | (16-1) UNPAID CREDIT CARD BALANCE | | | | | | | | | | | |
| 17 | CAPITAL ONE, N.A.<br><br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson AZ 85712 | 01/31/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $943.06 | $943.06 | $0.00 | $0.00 | $0.00 | $943.06 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>POB 12914<br>Norfolk VA 23541 | 02/01/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $12,502.65 | $12,502.65 | $0.00 | $0.00 | $0.00 | $12,502.65 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>POB 12914<br>Norfolk VA 23541 | 02/05/2013 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,760.15 | $1,760.15 | $0.00 | $0.00 | $0.00 | $1,760.15 |
| | | | | | | | $58,556.56 | $58,556.56 | $0.00 | $0.00 | $0.00 | $58,556.56 |

**CLAIM ANALYSIS REPORT**

Page No: 4          Exhibit C

| | | |
|---|---|---|
| **Case No.** | 12-08020-JKC-7 | |
| **Case Name:** | SLOAN, JR., DAVID ERIC AND HEDGES, ANDREA LYNN | |
| **Claims Bar Date:** | 02/05/2013 | |

| | |
|---|---|
| **Trustee Name:** | Elliott D. Levin |
| **Date:** | 11/27/2013 |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| General Unsecured § 726(a)(2) | $58,556.56 | $58,556.56 | $0.00 | $0.00 | $0.00 | $58,556.56 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 12-08020-JKC-7
Case Name: DAVID ERIC SLOAN, JR.
ANDREA LYNN HEDGES
Trustee Name: Elliott D. Levin

| | |
|---|---:|
| Balance on hand: | $1,618.61 |

Claims of secured creditors will be paid as follows: NONE

| | |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $1,618.61 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Elliott D. Levin, Trustee Fees | $415.62 | $0.00 | $415.62 |
| Elliott D. Levin, Trustee Expenses | $169.65 | $0.00 | $169.65 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $585.27 |
| Remaining balance: | $1,033.34 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

| | |
|---|---:|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $1,033.34 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

| | |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $1,033.34 |

**UST Form 101-7-TFR (5/1/2011)**

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $58,556.56 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Bleecker Brodey & Andrews | $585.00 | $0.00 | $10.31 |
| 2 | Quantum3 Group LLC as agent for | $1,365.55 | $0.00 | $24.10 |
| 3 | Dell Financial Services, LLC | $1,931.94 | $0.00 | $34.09 |
| 4 | Dell Financial Services, LLC | $1,976.84 | $0.00 | $34.89 |
| 5 | FIA CARD SERVICES, N.A. | $1,928.33 | $0.00 | $34.03 |
| 6 | FIA CARD SERVICES, N.A. | $2,545.49 | $0.00 | $44.92 |
| 7 | GE Capital Retail Bank | $4,527.02 | $0.00 | $79.89 |
| 8 | Advantage Assets II, Inc. | $781.82 | $0.00 | $13.80 |
| 9 | Cavalry Portfolio Services, LLC | $1,152.35 | $0.00 | $20.34 |
| 10 | Capital One Bank (USA), N.A. | $317.30 | $0.00 | $5.60 |
| 11 | Capital One Bank (USA), N.A. | $1,762.09 | $0.00 | $31.10 |
| 12 | PYOD, LLC its successors and assigns as assignee | $474.89 | $0.00 | $8.38 |
| 13 | Allen & Alice Baker | $21,600.00 | $0.00 | $381.17 |
| 14 | Old National Bank | $556.32 | $0.00 | $9.82 |
| 15 | Capital One NA | $589.81 | $0.00 | $10.41 |
| 16 | Jefferson Capital Systems LLC | $1,255.95 | $0.00 | $22.16 |
| 17 | Capital One, N.A. | $943.06 | $0.00 | $16.64 |
| 18 | Portfolio Recovery Associates, LLC | $12,502.65 | $0.00 | $220.63 |
| 19 | Portfolio Recovery Associates, LLC | $1,760.15 | $0.00 | $31.06 |

Total to be paid to timely general unsecured claims:    $1,033.34
Remaining balance:    $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

**UST Form 101-7-TFR (5/1/2011)**

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**